UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWS INVESTMENTGESELLSCHAFT MBH and KBC ASSET MANAGEMENT NV,<br><br>Plaintiffs,<br><br>v.<br><br>VIVENDI UNIVERSAL, S.A., JEAN MARIE MESSIER, and GUILLAUME HANNEZO,<br><br>Defendants. | Civil Action No. 1:07-cv-11297<br>[Related to Civil Action No. 1:02-cv-05571-RJH-HBP]<br><br>DISCLOSURE OF INTERESTED PARTIES |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel provides the following information to the Court:

1. DWS Investmentgesellschaft mbH ("DWS (Austria)") is wholly owned by Deutsche Bank AG.

2. KBC Asset Management NV ("KBC") is wholly owned by KBC Bank.

Respectfully submitted this 14th day of December, 2007.

William H. Narwold (WN 1713)
**Motley Rice LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Phone: (860) 882-1676
Fax:    (860) 882-1682
Email:  bnarwold@motleyrice.com

**Of Counsel:**
Joseph F. Rice
Ann K. Ritter
28 Bridgeside Blvd.
Post Office Box 1792
Mount Pleasant, SC 29465
Phone: (843) 316-9000
Fax:    (843) 216-9450

And

Leslie M. Kelleher (LK 5943)
**Caplin & Drysdale, Chartered**
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Phone: (212) 319-7125
Fax:    (212) 644-6755

**Of Counsel:**
Nathan D. Finch
Kevin C. Maclay
**Caplin & Drysdale, Chartered**
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Phone: (202) 862-5000
Fax:    (202) 429-3301

*Attorneys for Plaintiffs*