UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWS INVESTMENTGESELLSCHAFT MBH and KBC ASSET MANAGEMENT NV,<br><br>Plaintiffs,<br><br>v.<br><br>VIVENDI UNIVERSAL, S.A., JEAN MARIE MESSIER, and GUILLAUME HANNEZO,<br><br>Defendants. | Civil Action No. 1:07-cv-11297 (RJH)<br><br>Related to No. 02-cv-5571 (RJH)<br><br>**Electronically Filed** |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, DWS Investmentgesellschaft mbH and KBC Asset Management NV, by their undersigned counsel, hereby give notice that they are dismissing this action, without prejudice, with each party bearing its own costs, including attorneys' fees.

*/s/ William H. Narwold*
William H. Narwold (WN-1713)
**Motley Rice LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:   (860) 882-1676
Facsimile:   (860) 882-1682
*Attorneys for the Plaintiffs*

**Of Counsel:**
Joseph F. Rice
Ann K. Ritter
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29465
Telephone:   (843) 216-9000
Facsimile:    (843) 216-9450

    and

Leslie M. Kelleher (LMK-5943)
**Caplin & Drysdale, Chartered**
375 Park Avenue, 35 Floor
New York, NY  10152-3500
Telephone:   (212) 319-7125
Facsimile:    (212) 644-6755
*Attorneys for the Plaintiffs*

**Of Counsel:**
Nathan D. Finch
Kevin C. Maclay
**Caplin & Drysdale, Chartered**
One Thomas Circle, N.W.
Suite 1100
Washington, D.C.  20005
Telephone:   (212) 319-7125
Facsimile:    (212) 644-6755

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2007, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ William H. Narwold
William H. Narwold
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
Fax: (860) 882-1682
Email: bnarwold@motleyrice.com