UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWS Investmentgesellschaft MBH *et al.*, <br><br>                     Plaintiffs, <br><br> v. <br><br> Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo, <br><br>                     Defendants. | Civil Action No. 07 Civ. 11297 (RJH) <br><br> Related to No. 02 Civ. 5571 (RJH) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for the following parties:

DWS Investmentgesellschaft MBH

KBC Asset Management NV.

 I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Leslie Kelleher*

Leslie M. Kelleher (LK-5943)
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
(212) 319-7125
(212) 644-6755 (facsimile)

1 Thomas Circle, NW
Washington, DC  20004
(202) 862-5000
(202) 429-3301 (facsimile)

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on January 16, 2008, I caused to be filed electronically with the Clerk of the United States District Court for the Southern District of New York, by using the CM/ECF system, a true and correct copy of the NOTICE OF APPEARANCE. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by the means indicated below:

<u>Via Federal Express to:</u>

| | |
|---|---|
| Morris A. Bowie, II, Esq.<br>Richard M. Lorenzo, Esq.<br>James G. Szymanski, Esq.<br>Day Pitney, LLP.<br>875 Third Avenue<br>28th Floor<br>New York, NY  10022 | Martin L. Perschetz, Esq.<br>Einat Philip, Esq.<br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY  10022 |
| Lisa Albert, Esq.<br>Michael J. Malone, Esq.<br>King & Spalding, LLP.<br>1185 Avenue of the Americas<br>New York, NY  10036 | Jonathan D. Polkes, Esq.<br>James W. Quinn, Esq.<br>Penny P. Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10023 |
| Timothy G. Cameron, Esq.<br>Michael T. Reynolds, Esq.<br>Paul C. Saunders, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY  10019 | |

*[signature]*
Leslie M. Kelleher (LK-5943)
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
(212) 319-7125
(212) 644-6755 (facsimile)

1 Thomas Circle, NW
Washington, DC  20004
(202) 862-5000
(202) 429-3301 (facsimile)