

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWS Investmentgesellschaft mbH and KBC Asset Management NV, <br><br> Plaintiffs, <br><br> v. <br><br> Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo, <br><br> Defendants. | Civil Action No. 07 Civ. 11297 (RJH) <br><br> Related to No. 02 Civ. 5571 (RJH) <br><br> Motion to Admit Counsel Pro Hac Vice |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Leslie M. Kelleher, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Kevin C. Maclay |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7841 / (202) 429-3301 |

Kevin C. Maclay is a member in good standing of the Bar of the State of Maryland and the District of Columbia Bar. There are no pending disciplinary proceedings against Kevin C. Maclay in any State or Federal Court.

Dated: _1/24/08_
City, State:  Washington, D.C.

                                            Respectfully submitted,

                                        _/s/ Leslie Kelleher_
                                        Leslie M. Kelleher
                                        SDNY Bar. No. LK5943
                                        Caplin & Drysdale, Chartered
                                        375 Park Avenue, 35th Floor
                                        New York, New York  10152-34500
                                        Phone:   (212) 319-7125
                                        Fax:        (212) 644-6755

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWS Investmentgesellschaft mbH and KBC Asset Management NV, <br><br>     Plaintiffs, <br><br> v. <br><br> Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo, <br><br>     Defendants. | Civil Action No. 07 Civ. 11297 (RJH) <br><br> Related to No. 02 Civ. 5571 (RJH) <br><br> Affidavit of Leslie M. Kelleher in Support of Motion to Admit Counsel Pro Hac Vice |

State of New York    )
                     ) ss:
County of New York   )

Leslie M. Kelleher, being duly sworn, hereby deposes and says as follows:

1. I am Leslie M. Kelleher, counsel for DWS Investmentgesellschaft mbH and KBC Asset Management NV, in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kevin C. Maclay as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kevin C. Maclay since 2006.

4. Mr. Maclay is Of Counsel at Caplin & Drysdale, Chartered, in Washington, D.C.

5. I have found Mr. Maclay to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kevin C. Maclay, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kevin C. Maclay, pro hac vice, which is attached hereto as Exhibit A.

299257

- 2 -

WHEREFORE it is respectfully requested that the motion to admit Kevin C. Maclay, pro hac vice, to represent DWS Investmentgesellschaft mbH and KBC Asset Management NV in the above-captioned matter, be granted.

Dated: 1/24/08

City, State: Washington, D.C.

Respectfully submitted,

_Leslie Kelleher_
Leslie M. Kelleher
SDNY Bar No. LK5943



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Kevin C. Maclay

was on the 5th day of January, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 18, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 1994,

### Kevin Clark Maclay

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of January, 2008.

_____
Clerk of the Court of Appeals of Maryland

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWS Investmentgesellschaft mbH and KBC Asset Management NV, <br><br> Plaintiffs, <br><br> v. <br><br> Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo, <br><br> Defendants. | Civil Action No. 07 Civ.-11297 (RJH) <br><br> Related to No. 02 Civ. 5571 (RJH) <br><br> Order for Admission Pro Hac Vice on Written Motion |

Upon the motion of Leslie M. Kelleher, attorney for DWS Investmentgesellschaft mbH and KBC Asset Management NV, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Kevin C. Maclay |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7841 / (202) 429-3301 |
| Email Address: | kcm@capdale.com |

Is admitted to practice pro hac vice as counsel for DWS Investmentgesellschaft mbH and KBC Asset Management NV in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

299255

- 2 -

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the

Court.

Dated:
City, State:

_____<br>
Richard J. Holwell<br>
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on January 25, 2008, I served a copy of the MOTION TO ADMIT COUNSEL PRO HAC VICE with the Admissions Clerk of the United States District Court for the Southern District of New York, by overnight delivery. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by the means indicated below:

Via Federal Express to:

| | |
|---|---|
| Morris A. Bowie, II, Esq.<br>Richard M. Lorenzo, Esq.<br>James G. Szymanski, Esq.<br>Day Pitney, LLP.<br>875 Third Avenue<br>28th Floor<br>New York, NY 10022 | Martin L. Perschetz, Esq.<br>Einat Philip, Esq.<br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Lisa Albert, Esq.<br>Michael J. Malone, Esq.<br>King & Spalding, LLP.<br>1185 Avenue of the Americas<br>New York, NY 10036 | Jonathan D. Polkes, Esq.<br>James W. Quinn, Esq.<br>Penny P. Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10023 |
| Timothy G. Cameron, Esq.<br>Michael T. Reynolds, Esq.<br>Paul C. Saunders, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Michael E. Elsner, Esq.<br>Joseph F. Rice, Esq.<br>Ann K. Ritter, Esq.<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| William H. Narwold, Esq.<br>Ingrid L. Moll, Esq.<br>Motley Rice LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103 | |

*/s/ Denise A. Tolbert*
Denise A. Tolbert
Caplin & Drysdale, Chartered
1 Thomas Circle, NW
Washington, DC  20005
(202) 862-5000
(202) 429-3301 (facsimile)