

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWS INVESTMENTGESELLSCHAFT MBH and KBC ASSET MANAGEMENT NV,<br><br>Plaintiffs,<br><br>v.<br><br>VIVENDI UNIVERSAL, S.A., JEAN MARIE MESSIER, and GUILLAUME HANNEZO,<br><br>Defendants. | Civil Action No. 1:07-cv-11297 (RJH)<br><br>Related to No. 02-cv-5571 (RJH)<br><br>Electronically Filed<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/7/08 |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, DWS Investmentgesellschaft mbH and KBC Asset Management NV, by their undersigned counsel, hereby give notice that they are dismissing this action, without prejudice, with each party bearing its own costs, including attorneys' fees.

SO ORDERED

The Clerk is requested to close 07cv11297 only. Case 02 CV 5521 should not be closed.

[signature]
USDJ
2/1/08

/s/ William H. Narwold
William H. Narwold (WN-1713)
**Motley Rice LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  (860) 882-1676
Facsimile:   (860) 882-1682
*Attorneys for the Plaintiffs*

**Of Counsel:**
Joseph F. Rice
Ann K. Ritter
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29465
Telephone:   (843) 216-9000
Facsimile:    (843) 216-9450

and

Leslie M. Kelleher (LMK-5943)
**Caplin & Drysdale, Chartered**
375 Park Avenue, 35 Floor
New York, NY  10152-3500
Telephone:   (212) 319-7125
Facsimile:    (212) 644-6755
*Attorneys for the Plaintiffs*

**Of Counsel:**
Nathan D. Finch
Kevin C. Maclay
**Caplin & Drysdale, Chartered**
One Thomas Circle, N.W.
Suite 1100
Washington, D.C.  20005
Telephone:   (212) 319-7125
Facsimile:    (212) 644-6755